IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CR-7-3H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| KHIRY TERREL JONES, ) | |
| Defendant. ) | |

On February 9, 2017, the court received a motion to obtain free copies of documents filed by Khiry Terrel Jones [DE #142]. Defendant alleges he has no funds and requests that the court send him a copy of his docket sheet. He states that he needs documents to review his case.

The docket sheet in this action shows that on January 13, 2015, defendant was sentenced to a term of imprisonment by the court. He did not file an appeal from the judgment of conviction and sentence. The docket indicates that there are no other pending appeals or motions for relief from the judgment, however, defendant indicates a need for a docket sheet to file a motion.

Federal inmates are not entitled to documents and materials at government expense for collateral attacks on their convictions, absent some showing of a particularized need. United States v. MacCollum, 426 U.S. 317, 326-27 (1976); United States v. Gallo, 849 F.2d 607 (Table), 1988 WL 60934, at *1 (4th

Cir. May 31, 1988) ("Copies of transcripts and court records may be provided to an indigent litigant at government expense upon a showing by the litigant of a particularized need."). "An indigent is not entitled to free copies 'merely to comb the record in the hope of discovering some flaw.'" Gallo, 1988 WL 60934 at *1 (quoting United States v. Glass, 317 F.2d 200, 202 (4th Cir. 1963)).

The court grants defendant's request for a copy of his docket sheet and directs the clerk to mail a copy to defendant without charge. The court notes the defendant shall not be granted further copies at no charge without an additional showing of a particularized need as to requested document. The current cost for copy requests is $.50 per page should defendant wish to purchase documents.

This 30th day of May 2017.

*[signature]*
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26

2