# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

#### Docket No. 4:14-CR-7-3FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| KHIRY TERREL JONES | |

Upon consideration of the motion for revocation [D.E. 173], Khiry Terrel Jones's knowing and voluntary waiver of a hearing on the same, and the parties' joint motion for a sentence of time served, and for good cause shown, the Court hereby **GRANTS** the parties' joint motion.

Based on the Government's uncontested factual proffer, the Court finds as a fact that Jones has violated the terms and conditions of the judgment as follows:

1. Criminal conduct

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of time served, with no supervision to follow.

**IT IS FURTHER ORDERED** that the balance of the financial obligation originally imposed be due in fully immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Order and same shall serve as the commitment herein.

This, the 15th day of _____June_____, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge